IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KIMBERLY PHILLIPS                       PLAINTIFF

VS.                  CASE NO. LR-C-92-132

TIMOTHY SUGRUE AND MARYLAND CASUALTY        DEFENDANT

## REVIVOR OF FEDERAL JUDGMENT OR, IN THE ALTERNATIVE, MOTON TO REVIVE JUDGMENT

Comes now Kimberly Phillips, by and through her attorneys, Bryce Brewer Law Firm, by Bryce Brewer, and for her Revivor of Federal Judgment or in the Alternative, Motion to Revive the Judgment of this Court states as follows:

1. On November 2, 1993, a Judgment in a Civil Case was filed of record against Timothy Sugrue. A true and correct copy of the Judgment is attached hereto, marked as Exhibit "1" and is incorporated herein by this reference as if set forth word for word.

2. This Judgment remains unsatisfied and no sum of money has been paid on the judgment as of this date.

3. The judgment accrued interest at a rate of three and 38/100 per cent (3.38%) per annum and the revival of the judgment would be at the same interest rate as the original judgment in that there is no new judgment in this matter.

4. Pursuant to Rule 81(b) and 69 of the Federal Rules of Civil Procedure, the procedure on revival of the Judgment is to be pursuant to laws of the State where the Court is located. _McCarthy vs. Johnson_, 35 F. Supp.2d 846 (D.UT 1997).

5. Arkansas Code Annotated §16-65-501 (Repl 1985) states a court "shall" revive a Judgment at any time when a request for Revivor is made within 10 years from the date of the entry of judgment.

Petition to Revive Judgment

---

6. Under Arkansas case law, the seeking of a revival of a judgment is not a new action but a continuation of the original action and no new Summons needs to be issued. See _Bohnsack vs. Beck_, 294 Ark. 19, 740 S.W.2d 611 (1987).

7. The Judgment is not yet 20 years old, therefore, this Court should revive the Judgment according to Arkansas law.

WHEREFORE, the Plaintiff prays this Court issue an Order reviving the Judgment of this Court which was entered against Timothy Sugrue on November 2, 1993, and for any other relief to which she may be entitled.

Respectfully Submitted,

Bryce Brewer Law Firm, LLC
800 West 4th Street
North Little Rock, AR 72114
(501) 537-1000

By: _____
Bryce Brewer, AR Bar No. 2002013

## CERTIFICATE OF SERVICE

I, Bryce Brewer, do hereby certify that the forgoing document was served by the electronic case filing system to the following:

Paul McNeill
Womack, Phelps & McDaniel
P.O. Box 3077
Jonesboro, AR 72403

Ken Cook
Mitchell, Williams, Selig, Gates & Woodyard
425 West Capital, Ave. Ste. 1800
Little Rock, AR 72201

_____
Bryce Brewer

AO 450 (Rev. 5/85) Judgment in a Civil Case

NOV 2 1993

# United States District Court

EASTERN _____ DISTRICT OF _____ ARKANSAS

KIMBERLY PHILLIPS

V.

TIMOTHY SUGRUE and MARYLAND CASUALTY

JUDGMENT IN A CIVIL CASE

CASE NUMBER: LR-C-92-132

[x] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of the plaintiff against defendant Timothy Sugrue in the amount of $506,325 in compensatory damages and $1,000,000.00 in punative damages.

Judgment is entered in favor of Maryland Casualty (Marist Fathers of Washington Province) and against the plaintiff.

Interest shall accrue at the rate of 3.38% per annum.

Each side shall bear their own costs.

EXHIBIT 1

November 2, 1993 — Date

CARL R. BRENTS — Clerk

*Patricia L. Murray*
(By) Deputy Clerk

THIS DOCUMENT ENTERED ON DOCKET SHEET IN COMPLIANCE WITH RULE 58 AND/OR 79(a) FRCP ON 11-2-93 BY ___

260