IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| KIMBERLY PHILLIPS, | * |
| Plaintiff, | * |
| vs. | *   No. 4:92CV00132 SWW |
| TIMOTHY SUGRUE, | * |
| Defendant. | * |

**Order**

On May 20, 2013, plaintiff filed a revivor of judgment or, in the alternative, motion to revive judgment. The motion [docket entry 264] is granted. The November 2, 1993, judgment entered in favor of plaintiff and against defendant in the amount of $506,345.00 compensatory damages and $1,000,000.00 punitive damages with interest to accrue at the rate of 3.38% per annum is revived.[1]

SO ORDERED this 19th day of June, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] On June 24, 2003, the Court entered an Order reviving the judgment. *See* docket entry 263.